# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**Wanda Glenn,**

    **Plaintiff,**

**-V-**                                     **Case No. 2:2003cv0572**
                                               **JUDGE SMITH**
                                               **Magistrate Judge Abel**

**Metropolitan Life Insurance
Company,** *et al.***,**

    **Defendants.**

## ORDER

    Pursuant to the mandate of the United States Court of Appeals for the Sixth Circuit, Defendants are to reinstate Plaintiff's long-term disability benefits forthwith, retroactive to the date on which they were terminated. The Court **ORDERS** Plaintiff to submit a proposed judgment entry including all relief sought to the Court by September 29, 2006. Defendants shall file any response to the proposed entry by October 13, 2006.

        **IT IS SO ORDERED.**

                                                **/s/ George C. Smith**
                                                **GEORGE C. SMITH, JUDGE**
                                                **UNITED STATES DISTRICT COURT**