UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Wanda Glenn,**

    **Plaintiff,**

-V-                                                                              **Case No. 2:03-572**
                                                                             **JUDGE SMITH**
                                                                             **Magistrate Judge Abel**

**MetLife,** *et al.***,**

    **Defendants.**

## ORDER

       This Court issued an opinion and order on January 8, 2007 (Doc. 37), requiring Defendants to reinstate Plaintiff's long-term disability benefits and to pay Plaintiff $51,425.53 in back benefits and interest within 30 days of that Order. Further, Plaintiff was ordered to submit documentation of the reasonable hours expended by her counsel in litigating the case. Defendants have filed a petition for writ of certiorari with the United States Supreme Court. Plaintiff subsequently filed a Motion for an Extension to file the documentation due to the appeal to the United States Supreme Court. This Court issued an Order on January 12, 2007 (Doc. 39), extending Plaintiff's time to file the documentation until 21 days after a decision by the United States Supreme Court.

       There are currently two motions pending before this Court, Plaintiff's Motion for Attorneys' Fees (Doc. 28) and Defendant's Motion to Stay (Doc. 41). In light of the February 27, 2007 Order filed by the Sixth Circuit (Doc. 42), recalling their mandate and staying their

decision until the United States Supreme Court acts on the petition for writ of certiorari, this Court will stay this case until a decision is rendered by the United States Supreme Court either denying the Petition for Writ of Certiorari, or rendering a decision on the merits. The February 6, 2007 Order is STAYED until further order of this Court.

This case is therefore stayed until a decision is rendered by the United States Supreme Court either denying the Petition for Writ of Certiorari, or rendering a decision on the merits. The parties shall file a notice with the Court within 21 days after the United States Supreme Court takes final action on Defendants' petition for writ of certiorari.

The Clerk shall remove Document 41 from the Court's pending motions list.

**IT IS SO ORDERED.**

*/s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**